September 10, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JOSEPH PRESSIL, Appellant

NO. 14-14-00731-CV                      V.

JASON A. GIBSON, JASON A. GIBSON, P.C. D/B/A THE GIBSON LAW
FIRM, CLIFFORD D. PEEL, II, AND ANDREW C. SMITH, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Jason A. Gibson, Jason A. Gibson, P.C. d/b/a The Gibson Law Firm, Clifford D. Peel, II, and Andrew C. Smith, signed June 17, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Joseph Pressil to pay all costs incurred in this appeal.

We further order this decision certified below for observance.